UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re:

FELIX S. CANDELARIA, JR., and,　　　　　　　　　Case No.　18-13232-t7
SARAH DIANA CANDELARIA,
Debtors.

Ilene J. Lashinsky,　　　　　　　　　　　　　　　Adv. No. 19-01061
United States Trustee,
Plaintiff,

v.

Felix S. Candelaria, Jr., and
Sarah Diana Candelaria
Defendants.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the United States Trustee's First Set of Interrogatories and Request for Production of Documents Pursuant to Rules 7033 and 7034 of the Federal Rules of Bankruptcy Procedure, dated January 6, 2020 have been mailed to the Defendants' counsel Joel Alan Gaffney, Gaffney Law, PC, 6565 America's Parkway #200 Albuquerque NM 87110 on January 6, 2020.

      I additionally certify that I emailed the United States Trustee's First Set of Interrogatories and Request for Production of Documents in Microsoft Word format to Defendants' counsel at joel@gaffneylaw.com on the 6th day of January, 2020.

                               ILENE J. LASHINSKY
                               United States Trustee


                               /s/ electronically filed January 7, 2020
                               ALICE NYSTEL PAGE
                               Trial Attorney
                               Office of the United States Trustee
                               P. O. Box 608
                               Albuquerque, New Mexico 87103
                               (505) 248-6550
                               ALICE.N.PAGE@USDOJ.GOV